## GEORGE C. NICHOLS *vs.* GEORGE E. LEGARD.

Sagadahoc County. Decided April 16, 1916. At the December Law Term, 1915, the following entry was made in the above cause: "In writing 40 – 30 – 10 – or overruled."

The time specified in said stipulation for the argument of said cause having elapsed, and neither the printed case nor briefs having been received by the court, the entry must be that the motion and exceptions are overruled for want of prosecution. So ordered.

*F. P. Sprague,* for plaintiff.     *E. W. Bridgham,* for defendant.